UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. _____

05-23178
CIV-KING

MAGISTRATE JUDGE
GARBER

ROCHE DIAGNOSTICS OPERATIONS, INC. and
ROCHE DIAGNOSTICS GMBH,

Plaintiffs,

vs.

VITALCARE GROUP, INC. and
CARIBBEAN MEDICAL BROKERS, INC.,
d/b/a SPECIAL MEDICAL SUPPLIES

Defendants.
_____/

## COMPLAINT

Plaintiffs, Roche Diagnostics Operations, Inc. and Roche Diagnostics GmbH ("Roche"), for their Complaint against the defendants, VitalCare Group, Inc. and Caribbean Medical Brokers, Inc. d/b/a Specialty Medical Supplies, allege and state:

### PARTIES AND JURISDICTION

1. Roche Diagnostics Operations, Inc., is a Delaware corporation with its principal place of business in Indianapolis, Indiana.

2. Roche Diagnostics GmbH is a German corporation with its principal place of business in Mannheim, Germany.

3. Upon information and belief, defendant VitalCare Group, Inc. ("VitalCare"), is a Florida corporation having a place of business in Miami, Florida.

4. Upon information and belief, defendant, Caribbean Medical Brokers, Inc. d/b/a Specialty Medical Supplies ("SMS"), is a Florida corporation having a place of business in Coral Springs, Florida.

SQUIRE, SANDERS & DEMPSEY L.L.P.
*Including*
STEEL HECTOR & DAVIS LLP

5. This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331 and § 1338(a).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) and § 1400.

7. Roche Diagnostics GmbH ("GmbH") is the owner and Roche Diagnostics Operations, Inc.("collectively Roche"), is the exclusive licensee of U.S. Patent No. RE 35,803 ("the '803 Patent") "Blood Lancet Device for and Method Withdrawing Blood for Diagnostic Purposes" which issued on May 19, 1998. A copy of the '803 Patent is attached as Exhibit A.

8. Roche sells Accu-Chek® Softclix™ lancet devices, an embodiment of the invention of the '803 Patent, in the United States and grants users of the device a restricted license to use the device with Accu-Chek® Softclix™ lancet.

## PATENT INFRINGEMENT AGAINST VITALCARE

9. Upon information and belief, defendant, VitalCare, is importing, offering for sale and selling in the United States lancets especially made and sold for use in Roche's Accu-Chek® Softclix™ lancet device.

10. VitalCare sells its lancets in the United States without Roche's permission.

11. The use and/or incorporation of Vital Care's lancets with Roche's Accu-Chek® Softclix™ lancet device directly infringes the '803 Patent.

12. VitalCare has actively induced others to infringe the '803 Patent and has contributed to the infringement of the '803 Patent.

13. As a result of VitalCare's infringement, Roche has been damaged in an amount to be determined at trial and has suffered and will continue to suffer irreparable harm.

14. VitalCare will continue to infringe unless enjoined by this Court.

15. Upon information and belief, VitalCare's infringement of the '803 Patent is willful.

## PATENT INFRINGEMENT AGAINST SMS

16. Upon information and belief, defendant, SMS, is offering for sale and selling in the United States Safety Let disposable lancets specifically made and sold for use in Roche's Accu-Chek® Softclix™ lancet device.

17. SMS sells its Safety Let lancets without Roche's permission.

18. The use and/or incorporation the SMS lancets with Roche's Accu-Chek® Softclix™ lancet device directly infringes the '803.

19. SMS has actively induced others to infringe the '803 Patent and has contributed to the infringement of the '803 Patent.

20. As a result of SMS's infringement, Roche has been damaged in an amount to be determined at trial and has suffered and will continue to suffer irreparable harm.

21. SMS will continue to infringe unless enjoined by this Court.

22. Upon information and belief, SMS's infringement of the '803 Patent is willful.

WHEREFORE, Plaintiffs, Roche Diagnostics Operations, Inc. and Roche Diagnostics GmbH, respectfully request that this Court enter judgment in their favor as follows:

(a) That the '803 Patent is valid, enforceable, and infringed by the defendants;

(b) Issuing a preliminary and permanent injunction against defendants enjoining them, their directors, officers, agents, employees, successors, subsidiaries, assigns, and all persons acting in privity or in concert or participation with defendants from contributing to the infringement of the '803 Patent and from actively inducing infringement of the '803 Patent;

(c) Awarding such damages to plaintiffs to which they are entitled pursuant to 35 U.S.C. § 284 ;

(d) Awarding enhanced damages for willful infringement pursuant to 35 U.S.C. § 284;

(e) Awarding plaintiffs pre-judgment and post-judgment interest as allowed by law;

(f) Awarding plaintiffs their costs, expenses, and fees, including reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and,

(g) Awarding such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs, Roche Diagnostics Operations, Inc. and Roche Diagnostics GmbH demand trial by jury on all issues in this case other than their request for injunctive relief.

for Janet T. Munn
Florida Bar No.: 501281
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131-2398
Telephone: (250) 577-7000

Of counsel:

Nancy G. Tinsley
Brandon S. Judkins
BAKER & DANIELS
300 North Meridian Street
Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300

Brent Harris
Roche Diagnostics Operations, Inc.
9115 Hague Road
Indianapolis, Indiana 46250
Telephone: (317) 521-2851

*Attorneys for Roche Diagnostics GmbH and Roche Diagnostics Operations, Inc.*

MIAMI/4152955.1
12/08/05

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**05-23178**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROCHE DIAGNOSTICS OPERATIONS, INC., and ROCHE DIAGNOSTICS GMBH.

FILED BY _____ D.C.
2005 DEC -9 PM 3:50

**DEFENDANTS**
VITALCARE GROUP, INC. and CARIBBEAN MEDICAL BROKERS, INC. d/b/a SPECIALTY MEDICAL SUPPLIES

**CIV-KING**

(b) County of Residence of First Listed Plaintiff: Marion County, IN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**MAGISTRATE JUDGE GARBER**

(c) Attorney's (Firm Name, Address, and Telephone Number)
See Attachment

Attorneys (If Known)

Dade / 05-23178-CIV-King/Garber

(d) Check County Where Action Arose: ☒ DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Patent Infringement and inducment of infringement under 35 USC Sect. 271, et seque.

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 931229  AMOUNT 250.—  APPLYING IFP

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| DOCKET NO.<br>05-23178-CIV-JLK | DATE FILED<br>12/9/05 | 301 N. Miami Avenue<br>Miami, Florida 33128 |

| PLAINTIFF<br>Roche Diagnostics Operations, Inc., et al. | DEFENDANT<br>VitalCare Group, Inc., et al. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Hannah Dyer | DATE<br>12/12/05 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy